CARNES, Circuit Judge,
concurring specially:
I concur in this court’s opinion with the understanding that on remand after evidence is offered on the value of Orlick’s services and the jury returns its verdict on that issue, the court retains its usual authority and has the duty, upon proper motion, to decide any issue relating to the amount of the verdict. Our opinion neither expresses nor implies any view that Orlick’s services to ABS during the eighteen months she worked there were worth $1,167,037.19, which is the amount she was paid. Given the facts and circumstances in the record so far, it is utterly inconceivable that her services were worth that much, but how much less than that they were worth is up to the jury to determine in the first instance, subject to review thereafter by the court if the issue is properly raised.